UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD LEE ARNOLD,

                          Plaintiff,

        -against-

SUPPORT ENFORCEMENT SERVICES, et al.,

                      Defendants.

24-cv-7228 (LLS)

CIVIL JUDGMENT

For the reasons stated in the February 17, 2026, the Court denies Plaintiff's Rule 60(b)(4) motion. The Court dismisses Plaintiffs claims for the reasons articulated in the Court's September 30, 2025 order. The Court declines to consider, under its supplemental jurisdiction, any claims under state law not dismissed for the reasons articulated by the Court's September 30, 2025 order. See 28 U.S.C. § 1367(c)(3).

SO ORDERED.

Dated:   February 24, 2026
          New York, New York

                             /s/ Louis L. Stanton

                                LOUIS L. STANTON
                           United States District Judge